# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>WTS INVESTMENTS, LLC, doing business as KFC,<br><br>        Defendant. | Case No. 2:17-CV-01363-APG-GWF<br><br>**ORDER TRANSFERRING CASE** |

    As stated in the Omnibus Transfer Order (ECF No. 4), the district judges of the District of Nevada have ordered that each of Plaintiff Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings. Accordingly, IT IS ORDERED:

    (1) The Clerk of the Court shall TRANSFER the case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.

    (2) All future filings in this action shall reference Case No. 2:17-cv-01363-GMN-GWF.

    DATED this 15th day of May, 2017.

                                         ANDREW P. GORDON
                                         UNITED STATES DISTRICT JUDGE